UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BICK, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01651-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL WITHOUT PREJUDICE AND MODIFYING THE SCHEDULING ORDER<br><br>ECF No. 20 |

Plaintiff brought this action alleging that defendants violated his Eighth Amendment rights by failing to treat adequately various chronic pain issues. On February 11, 2021, he filed a motion to compel discovery and argued that he had not received responses to his requests for production. ECF No. 20 at 1-2. In their opposition, defendants acknowledge that their responses were served five days late, on February 19, 2021,[1] but argue that the short delay was attributable to the pandemic and should be excused. ECF No. 21 at 5; ECF No. 21-1 at 2. Plaintiff acknowledges receipt of the responses in his reply, but broadly argues that they are deficient. ECF No. 22 at 1-2. Unfortunately, none of the pleadings include a copy of defendants' responses, and so I cannot evaluate the sufficiency of their individual objections.

---

[1] The opposition erroneously states that the responses were served on January 19, 2021. ECF No. 21 at 5. Counsel's declaration states that the documents were served on February 19, 2021. ECF No. 21-1 at 2.

Accordingly, I will deny plaintiff's motion to compel without prejudice. He may re-file his motion, include a copy of defendants' responses, and explain why each response is deficient. I will extend the discovery and dispositive motion deadlines to accommodate a renewed motion to compel.

It is ORDERED that:

1. Plaintiff's motion to compel, ECF No. 20, is DENIED without prejudice.

2. The discovery deadline is extended to August 23, 2021. Any motion to compel must be filed by that date. The dispositive motions deadline is extended to November 23, 2021.

IT IS SO ORDERED.

Dated:   June 16, 2021                                    _____
                                                                                    JEREMY D. PETERSON
                                                                                    UNITED STATES MAGISTRATE JUDGE